**FILED**

AUG 3 0 2012

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 09-27-BU-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DENYING MOTION |
| | ) | TO REDUCE SENTENCE |
| CORRINA KERNER, | ) | |
| | ) | |
| Defendant. | ) | |

On August 27, 2012, the Court received a letter from Defendant Corrina Kerner. Kerner is a federal prisoner proceeding pro se. On June 24, 2010, she was sentenced to a term of 72 months in prison. Judgment (doc. 124) at 2.

Once a sentence is imposed, a court's authority to alter it is limited. 18 U.S.C. § 3582(c). The Director of the Bureau of Prisons has not filed a motion to reduce Kerner's sentence. *Id.* § 3582(c)(1)(A). She has not shown that the Sentencing Commission has lowered her guideline range. *Id.* § 3582(c)(2). More than fourteen days have passed since judgment was entered. Fed. R. Crim. P. 35(a). The United States has not filed a motion to reduce the sentence. Fed. R. Crim. P. 35(b). Kerner

has not filed a motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. The Court is not aware of any other statutory authority that authorizes a reduction of Kerner's sentence. 18 U.S.C. § 3582(c)(1)(B). The law does not permit the Court to do what she asks.

Accordingly, IT IS HEREBY ORDERED that Kerner's motion to reduce her sentence (doc. 131) is DENIED.

DATED this 30th day of August, 2012.

Donald W. Molloy
United States District Court